UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLORIA S. SIBO,

        Plaintiff,

vs.                                   Case No.   2:12-cv-62-FtM-29DNF

GREY OAKS COUNTRY CLUB, INC., a Florida corporation, JAMES BUTLER, individually,

        Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #19), filed August 21, 2012, recommending that the Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #16) be denied as moot, the Amended Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #18) be granted, the Mediation Agreement (Doc. #18-1) be approved as fair and reasonable, and the case dismissed with prejudice.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #19) is hereby **adopted** and the findings incorporated herein.

2.   The Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #16) is **denied** as moot.

3.   The Amended Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #18) is **granted**, and the Mediation Agreement (Doc. #18-1) is **approved** as fair and reasonable.

4.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of September, 2012.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties