UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


GLORIA S. SIBO,

                    Plaintiff,


vs.                                  Case No.  2:12-cv-62-FtM-29DNF


GREY  OAKS  COUNTRY  CLUB,  INC.,  a
Florida corporation, JAMES BUTLER,
individually,

                    Defendants.

_____


**OPINION AND ORDER**

        This  matter  is  before  the  Court  on  consideration  of  the

Magistrate  Judge's  Report  and  Recommendation  (Doc.  #19),  filed

August  21,  2012,  recommending  that  the  Joint  Motion  for  Approval  of

Settlement  as  a  Stipulated  Final  Judgment  (Doc.  #16)  be  denied  as

moot,  the  Amended  Joint  Motion  for  Approval  of  Settlement  as  a

Stipulated  Final  Judgment  (Doc.  #18)  be  granted,  the  Mediation

Agreement  (Doc.  #18-1)  be  approved  as  fair  and  reasonable,  and  the

case  dismissed  with  prejudice.   No  objections  have  been  filed  and

the  time  to  do  so  has  expired.

        After  conducting  a  careful  and  complete  review  of  the  findings

and  recommendations,  a  district  judge  may  accept,  reject  or  modify

the  magistrate  judge's  report  and  recommendation.   28  U.S.C.  §

636(b)(1);  Williams v. Wainwright,  681  F.2d  732  (11th  Cir.  1982),

<u>cert. denied</u>, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection.   <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #19) is hereby **adopted** and the findings incorporated herein.

2.   The Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #16) is **denied** as moot.

3.   The Amended Joint Motion for Approval of Settlement as a Stipulated Final Judgment (Doc. #18) is **granted**, and the Mediation Agreement (Doc. #18-1) is **approved** as fair and reasonable.

4.    The Clerk shall enter judgment **dismissing** the case with

prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of

September, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties